ACCEPTED
01-15-00266-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 2:31:25 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00266-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 2:31:25 PM
CHRISTOPHER A. PRINE
Clerk

# In The First Court of Appeals

UNOCAL PIPELINE COMPANY,

*Appellant,*

v.

BP PIPELINES (ALASKA) INC., ET AL.

*Appellees.*

*On Appeal from the 165th District Court of Harris County, Texas*
*Hon. Elizabeth Ray, Presiding*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 38.6(d), Appellees BP Pipelines (Alaska) Inc.; ConocoPhillips Transportation Alaska, Inc.; and ExxonMobil Pipeline Co. ("Appellees") ask this Court to extend by 30 days the time for filing their Response Brief. The new deadline would be September 18, 2015. This motion is their first request and it is not opposed.

HOU 1803831

1.    <u>Background</u>:   The Appellant filed its initial brief on July 20, 2015, after one extension of time.  Accordingly, Appellees' response brief is presently due on August 19, 2015.

2.    <u>Grounds for the extension</u>:

Michael Powell has taken primary responsibility for drafting the Appellees' brief.  Although Mr. Powell and his team have begun work on the response brief, Mr. Powell had surgery on July 27 that required time and additional care during the time allocated for the briefing in this case. Other pending cases have also required his attention, including:

| July 31 | *Commissioner of the General Land Office v. SandRidge Energy, Inc., et al.*, No. 15-0246 in the Supreme Court of Texas—**filed two Responses to Petitions for Review** |
| ongoing | *Texas Crude Energy, LLC v. Burlington Resources Oil & Gas Co., LP*, No. L-13-0061-CV-B, in the 156th District Court—**motions for summary judgment, mediation, depositions, and jury charge** |
| ongoing | *Smith v. SEECO, et al.*, No. 4:14-cv-435-BRW in the United States District Court for the Eastern District of Arkansas—**depositions, hearings, and preparation for class certification hearing** |

3.    This motion is unopposed.

2

## PRAYER

Appellees pray that this Motion be granted and that the time for filing their Response Brief be extended by 30 days to September 18, 2015.

Respectfully submitted,

**LOCKE LORD LLP**

By: /s/ Michael Powell (by permission)
    Michael V. Powell
      State Bar No. 16204400
    2200 Ross Ave., Suite 2200
    Dallas, TX 75201
    Telephone: (214) 740-8000
    Facsimile: (214) 756-8520

    Christopher Dove
      State Bar No. 24032138
    LOCKE LORD LLP
    600 Travis Street, Suite 2800
    Houston, Texas 77002
    Telephone: (713) 226-1200
    Facsimile: (713) 223-3717

    **ATTORNEYS FOR APPELLEES**

HOU 1803831

## CERTIFICATE OF CONFERENCE

I have conferred with opposing counsel, and opposing counsel is unopposed to this motion.


/s/ Michael Powell (by permission)
Michael Powell


## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, a true and correct copy of the foregoing was served on the following counsel of record via electronic service through electronic filing:

Mark A. Giugliano
  mgiugliano@gibbsbruns.com
Anthony N. Kaim
  akaim@gibbsbruns.com
J. Benjamin Bireley
bbireley@gibbsbruns.com
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX   77002

*Attorneys for Appellant Unocal Pipeline Company*


/s/ Christopher Dove
Christopher Dove

HOU 1803831